MARJORIE JOSLYN, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30544.) — Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

■

GEORGE JOSLYN, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30545.) — Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

■

MARGARET BENEDICT et al., Respondents, v. CITY OF NIAGARA FALLS, Appellant.— All concur. (Appeal from a judgment for plaintiffs in a negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See 280 App. Div. 881.]

■

CATHERINE DUNCAN, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 29055.) — Memorandum: The injuries complained of were occasioned when claimant, having safely descended the stairway, stepped upon a loose rock. We find no breach of duty upon the part of the State. In the situation presented by this record the State was not obligated to provide handrails or lighting. The risk, if any, was apparent. The claimant was aware of the nature of the terrain. (See *Pope* v. *State of New York,* 198 Misc. 31, 37, affd. 277 App. Div. 1157.) All concur. (Appeal from a judgment for claimant on a claim against the State for negligent condition of State park.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

ESTHER KEYSER, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 29918.) HARRY KEYSER, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 29919.) — Memorandum: The judgment should be reversed and the claims dismissed upon the ground that the proximate cause of claimant's injury and damage was the negligent operation of the Weaver car and not by reason of any fault or neglect on the part of the State of New York, its agents, servants and employees. All concur. (Appeal from a judgment for claimants on a claim against the State for negligence by State employee on State highway.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.